IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANN MARIE CURRAN,**

    Plaintiff,

  vs.                                    Civil Action 2:09-CV-219
                                            Judge Frost
                                            Magistrate Judge King

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security,**

    Defendant.


## ORDER

On August 3, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and that this action be remanded for further proceedings. *Report and Recommendation*, Doc. No. 29. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. *Id*. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner of Social Security is **REVERSED**. This matter is **ORDERED REMANDED** to the Commissioner of Social Security for further consideration of plaintiff's credibility and of the opinions of plaintiff's treating physician.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4, 42 U.S.C. §405(g).

                                                        /s/ Gregory L. Frost
                                                            Gregory L. Frost
                                      United States District Judge